

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-10-2012

# Grant Mfg Alloying Inc v. Gregory McIlvain

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-3859

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Grant Mfg Alloying Inc v. Gregory McIlvain" (2012). *2012 Decisions.* Paper 299.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/299

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNTED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 4, 2012

No. 11-3859

GRANT MANUFACTURING & ALLOYING, INC.

Appellant.

v.

GREGORY MCILVAIN; DARRYL WILLIAMS

(E.D. PA No. 2-08-cv-00259)

Before: SCIRICA, ROTH and BARRY, Circuit Judges

Letter Motion by Attorney, Thomas D. Rees, Esq. for Appellee, Darryl Williams to Amend Opinion dated October 2, 2012.
_____

The foregoing letter motion of Appellee is **granted,** and the opinion dated

October 2, 2012, is amended, as follows:

On page 2, line 1, delete "Grant" and replace with

"McIlvain and Williams".

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: October 10, 2012
cc:    Robert T. Vance, Jr., Esq.
       Thomas D. Rees, Esq.
       Roger J. Harrington, Jr., Esq.
       Mark A. Kearney, Esq.